UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JARED BROUSSARD | CIVIL ACTION |
| v. | NO. 21-43 |
| VOLKSWAGEN GROUP OF AMERICA, INC. | SECTION "F" |

ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that oppositions to a motion be filed no later than eight days before the noticed submission date.  No opposition to the defendant's motion to dismiss the plaintiff's claims for nonpecuniary damages has been filed.

Accordingly, because the motion is unopposed, and because it appears to have merit under Federal Rule of Civil Procedure 12(b)(6) and Louisiana law,

IT IS ORDERED: that the defendant's motion to dismiss is GRANTED.  The plaintiff's claims for nonpecuniary damages are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, March 17, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE